UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:04CR0553 AGF ) |
| NASIR MERCHANT, | ) ) |
| Defendant. | ) ) |

## AMENDED JUDGMENT

In order to comply with 18 U.S.C. § 3612(i), IT IS HEREBY ORDERED that as to page 6 of 6 of the March 11, 2005 Judgment in a Criminal Case [Doc. #19], Schedule of Payments, Section F "Special instructions regarding the payment of criminal monetary penalties," the following language:

> "If the defendant is unable to pay the $500.00 fine in full immediately, then the fine shall be paid in monthly installments of at least $100.00 no later than 30 days after release from imprisonment. If the defendant is unable to pay the $69,577.00 restitution in full immediately, then the restitution shall be paid in monthly installments of at least $200.00 to commence no later than 30 days after release from imprisonment."

SHALL BE AMENDED and replaced with the following language:

> "If the defendant is unable to pay the $70,102.00 in criminal monetary penalties in full immediately, then the criminal monetary penalties shall be paid in monthly installments of at least $300.00 beginning no later than 30 days after release from imprisonment."

Dated: February 17, 2006

THE HONORABLE AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE